Jacob Epstein v. Morris Miller. — Application denied, with ten dollars

costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.